EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Enmiendas al Reglamento del Programa de Educación Jurídica Continua | 2020 TSPR 48<br><br>204 DPR _____ |

Número del Caso:  ER-2020-04

Fecha:  15 de junio de 2020

Materia:  Programa de Educación Jurídica Continua.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

| | |
|---|---|
| Enmiendas al Reglamento del Programa de Educación Jurídica Continua | ER-2020-04 |

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de junio de 2020.

En junio de 2017, aprobamos un nuevo reglamento que consolidó la normativa atinente a la educación jurídica continua. Ello, con el propósito de instituir procesos más ágiles y eficientes que promueven la más efectiva administración del Programa de Educación Jurídica Continua (PEJC) y el uso óptimo de los recursos disponibles. In re Aprobación del Reglamento PEJC, 198 DPR 254 (2017).

En este Reglamento se anticipó la intención de posibilitar la concesión de becas para que profesionales del derecho con necesidad económica pudieran satisfacer las horas de educación jurídica continua en cada periodo de cumplimiento. No obstante, la implementación efectiva de un sistema a tales efectos requería identificar fondos suficientes.

Tras la aprobación de la Ley Núm. 99-2019, en virtud de la cual se añadió una Sección 6-A a la Ley Núm. 17 de 10 de junio de 1939, 4 LPRA sec. 721 *et seq.*, los fondos derivados del pago de cuotas y multas establecidas por el Reglamento del PEJC ingresarán a una partida individualizada dentro del Fondo Especial de la Rama Judicial creado por la Ley Núm. 235-1998, 32 LPRA sec. 1482e. Corresponde a este Tribunal disponer por vía de reglamentación qué objetivos podrán

adelantarse mediante el uso de estos fondos, incluyendo la concesión de becas para facilitar el acceso a educación jurídica continua de profesionales del derecho que demuestren necesidad económica.

En concordancia con esta política pública, que hoy acogemos, se introduce una nueva Regla 37 al Reglamento del Programa de Educación Jurídica Continua y se reenumeran las reglas subsiguientes. Se enmiendan, además, las Reglas 6 y 9 para armonizar sus disposiciones a la regla de nueva creación. Por último, se introduce una enmienda a la Regla 36 para conformarla a la política pública adoptada por este Tribunal mediante Resolución de 7 de febrero de 2020, ER-2020-02. <u>In re Enmienda al Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría; al Reglamento Notarial de Puerto Rico; al Reglamento del Programa de Educación Jurídica Continua, y al Reglamento del Tribunal Supremo de Puerto Rico</u>, 2020 TSPR 10.

Las enmiendas particulares son las siguientes:

**Regla 6. Miembros: nombramiento, facultades y limitaciones**

.    .    .    .    .    .    .    .

(D) Las funciones de la Junta serán las siguientes:

.    .    .    .    .    .    .    .

(5) Preparar informes periódicos al Tribunal Supremo que contengan recomendaciones sobre cómo mejorar el funcionamiento de la educación jurídica continua y el sistema de becas.

(6) Evaluar el sistema de becas establecido en este Reglamento para facilitar el acceso a la educación jurídica continua a profesionales del Derecho que demuestren necesidad económica y someter recomendaciones al Tribunal Supremo para asegurar el uso óptimo de los fondos destinados.

(7) Adoptar las reglas necesarias para la administración eficiente de este Reglamento.

.    .    .    .    .    .    .    .

**Regla 9. Funciones del Director o de la Directora**

El Director o la Directora es el funcionario administrativo o la funcionaria administrativa del Programa con las funciones necesarias para implementar este Reglamento. Entre otras, ejercerá las funciones siguientes:

.        .        .        .        .        .        .        .

(I) administrar el sistema de becas establecido en este Reglamento y rendir un informe a más tardar el 1 de agosto de cada año sobre la operación relacionada a este sistema en el año fiscal anterior para la consideración de la Junta, y

(J) […]

**Regla 36. Servicio *pro bono***

.        .        .        .        .        .        .        .

Las horas de servicio *pro bono* no podrán sustituir el requisito de las 4 horas crédito de ética profesional ni el de 9 horas crédito de derecho notarial requeridos por cada periodo de cumplimiento.

**Regla 37. Recaudos por concepto de cuotas y multas**

Hasta una tercera parte de los recaudos derivados de las cuotas y multas establecidas en este Reglamento se utilizarán para la concesión de becas destinadas a facilitar el acceso a la educación jurídica continua a profesionales del Derecho que demuestren necesidad económica.

La Jueza Presidenta determinará el uso de los recaudos restantes para sufragar los costos administrativos del Programa de Educación Jurídica Continua, el financiamiento y desarrollo de proyectos tecnológicos que abonen mayor eficiencia a los programas establecidos por vía de reglamentación del Tribunal Supremo u operados por alguna de sus dependencias, y otros fines relacionados que redunden en la ampliación del acceso a la justicia.

**Regla 38. Notificaciones del Director, de la Directora o de la Junta; modos de realizarlas**

.        .        .        .        .        .        .        .

**Regla 39. Confidencialidad**

.        .        .        .        .        .        .        .

**Regla 40. Situaciones no previstas**

.        .        .        .        .        .        .        .

**Regla 41. Separabilidad**

.        .        .        .        .        .        .        .

**Regla 42. Vigencia**

.        .        .        .        .        .        .        .

Las enmiendas aquí aprobadas entrarán en vigor inmediatamente. Acorde con la política pública promulgada, se encomienda a la Junta de Educación Jurídica Continua y a la Directora del PEJC a que presenten ante nuestra consideración una propuesta para implementar el sistema de becas. A estos efectos, y dado el carácter novedoso del sistema de becas instituido, se les concede un plazo de seis meses. La Junta de Educación Jurídica Continua y la Directora del PEJC contarán con el apoyo técnico y jurídico del Secretariado de la Conferencia Judicial y Notarial para presentar su propuesta a este Tribunal en el plazo conferido.

Notifíquese a la Junta de Educación Jurídica Continua, a la Directora del Programa de Educación Jurídica y a la Directora del Secretariado de la Conferencia Judicial y Notarial.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo